# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PATRICIA EBERHART,** individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**JOHN MEKLER,** individually, *et al*.,<br><br>**Defendant.** | **Civil Action No. 5:21-cv-00254-D**<br><br>**Jury Demanded** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Patricia Eberhart and Defendant John Mekler, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent that they have stipulated to dismissal of this action. Accordingly, Plaintiff hereby dismisses her claims against Defendant John Mekler in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

/s/ *Meredith Black-Mathews*
**Meredith Black-Mathews**
Texas Bar No. 24055180
FORESTER HAYNIE PLLC
400 N. St Paul St. Suite #700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax
mmathews@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

-and-

/s/*Garry M. Gaskins, II*
**Garry M. Gaskins**, II, OBA #20212
John S. Farley, III, OBA #33504

DRUMMOND LAW, PLLC
1500 South Utica, Suite 400
Tulsa, Oklahoma 74104-6522
(918) 749-7378-Phone
(918) 749-7869-Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using the Court's Electronic Filing System and will be served on all counsel of record using the same.

/s/ *Meredith Black-Mathews*
**Meredith Black-Mathews**