**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **PATRICIA EBERHART,** individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**JOHN MEKLER,** individually, *et al*.,<br><br>**Defendant.** | Civil Action No. 5:21-cv-00254-D<br><br>**Jury Demanded** |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Plaintiff Patricia Eberhart, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that she voluntarily dismisses her claims against Change-N-Effect Pizza LLC and Change-N-Effect II Pizza LLC in this action. Accordingly, Plaintiff hereby dismisses her claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Meredith Black-Mathews*
**Meredith Black-Mathews**
Texas Bar No. 24055180
FORESTER HAYNIE PLLC
400 N. St Paul St. Suite #700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax
mmathews@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing document was filed using the Court's Electronic Filing System and will be served on all counsel of record using the same.

*/s/ Meredith Black-Mathews*
**Meredith Black-Mathews**